## (October 8, 1970)

GILBERT CARRIERS CORP., Respondent, v. ONEONTA DRESS CO., INC., Appellant.—

696

Concur — Stevens, P. J., Markewich, McNally, Steuer and Tilzer, JJ.